No. 199. J. J. BROUSSARD, PLAINTIFF IN ERROR, *v.* R. R. BAKER, CHIEF OF POLICE OF THE CITY OF BEAUMONT, TEX. In error to the Court of Criminal Appeals of the State of Texas. Submitted January 20, 1916. Decided January 24, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Consolidated Turnpike* v. *Norfolk &c. Ry.,* 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 137; *Easterling Lumber Co.* v. *Pierce,* 235 U. S. 380, 382; (2) *Fischer* v. *St. Louis,* 194 U. S. 361; *Davis* v. *Massa-*

*chusetts,* 167 U. S. 43; (3) *Iowa Central Ry.* v. *Iowa,* 160 U. S. 389; *Washington* v. *Miller,* 235 U. S. 422, 429; *Roby* v. *South Park Commissioners,* 238 U. S. 610. *Mr. Frederick S. Tyler* for the plaintiff in error. No appearance for defendant in error.